**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

WILLIAM F. CARADINE/ASSABUR,                                                                   PLAINTIFF
ADC #90785

v.                                              No. 4:10CV01960 JLH

UNIVERSITY OF ARKANSAS FOR
MEDICAL SCIENCES, *et al*.                                                                        DEFENDANTS

**JUDGMENT**

Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this action is dismissed without prejudice because the Court lacks subject matter jurisdiction and because the complaint fails to state a claim upon which relief may be granted. Dismissal of this action will constitute a "strike" as defined by 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 4th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE